UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TIMMY KINNER,

    Plaintiff,

v.                                Case No. 3:24-cv-1102-MMH-SJH

FDOC, et al.,

    Defendants.

## ORDER

Plaintiff Timmy Kinner, an inmate of the Florida penal system, initiated this action on October 22, 2024, by filing a pro se Complaint for Violation of Civil Rights (Complaint; Doc. 1). In the Complaint, Kinner alleges that on May 19, 2024, corrections staff "gassed" his cell, entered, and then beat him, causing a broken arm. Complaint at 5, 6.

Upon review of Kinner's pending cases, it appears he has an earlier filed civil rights action pending before the Court that concerns substantially similar allegations of assault against several of the named Defendants in the instant Complaint. To conserve judicial resources, the Court finds Kinner should pursue all claims related to the May 19, 2024 use of force in the earlier filed action. Accordingly, the Court will dismiss the instant Complaint without prejudice to Kinner's right to pursue his claims in the operative

Complaint in case number 3:24-cv-445-MMH-MCR or file an amended complaint in that case.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1. This case is hereby **DISMISSED WITHOUT PREJUDICE**.

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of February, 2025.

_____
MARCIA MORALES HOWARD
United States District Judge

JaxP-12
c: Timmy Kinner, #F91538

2